# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **MIGUEL ANGEL RIVERA GARCIA**<br>SSN xxx-xx-6059<br><br>Debtor(s) | CASE NO: **18-05790-BKT**<br><br>**Chapter 13** |

## - AMENDED -

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

**\*ATTORNEY FEES AS PER R 2016(b) STATEMENT:**

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO\***

Total Agreed: **$3,000.00**    Paid Pre-Petition: **$232.00**    Outstanding (Through the Plan): **$2,768.00**

**\*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325**

**Debtor's/s' Commitment Period:** ☒ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.   Projected Disposable Income: **$0.00**

**Liquidation Value: $0.00**   Estimated Priority Debt: **$590.33**

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately **$0.00**

With respect to the (amended) Plan date: **Nov 29, 2018  (Dkt 13)**   Plan Base: **$27,034.00**

**The Trustee:**   ☐ **DOES NOT OBJECT**   ☒ **OBJECTS** Plan Confirmation   Gen. Uns. Approx. Dist.: 0.9 %

The Trustee objects to confirmation for the following reasons:

**\*OTHER COMMENTS / OBJECTIONS**

USDA, secured creditor provided for in the plan, is yet to file its proof of claim. Said creditor will not participate from the disbursements until they file its claim. In absence of said claims Debtor must submit evidence of the secured status of said creditor in order to confirm that the treatment being provided does not constitute unfair discrimination against other parties in the case.

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: December 27, 2018

/s/ Nannette Godreau, Esq.

Last Docket Verified: 16   Last Claim Verified: 6   CMC: