**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: **MIGUEL ANGEL RIVERA GARCIA**<br>SSN xxx-xx-6059<br><br>Debtor(s) | CASE NO: **18-05790-BKT**<br><br>Chapter 13 |

- AMENDED -

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

\*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO**\*

Total Agreed: **$3,000.00**      Paid Pre-Petition: **$232.00**      Outstanding (Through the Plan): **$2,768.00**

---

\*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

**Debtor's/s' Commitment Period:** ☒ Under Median Income 36 months    ☐ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.    Projected Disposable Income: **$0.00**

**Liquidation Value: $0.00    Estimated Priority Debt: $590.33**

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00

With respect to the (amended) Plan date: **Nov 29, 2018  (Dkt  13)**    Plan Base: **$27,034.00**

**The Trustee:**    ☐ **DOES NOT OBJECT**    ☒ **OBJECTS**    Plan Confirmation    Gen. Uns. Approx. Dist.: 0 %

The Trustee objects to confirmation for the following reasons:

---

[1325(a)(5)] Plan fails to comply with required treatment of allowed Secured Claims.

- 1325 (a)(5)(A): Secured creditor(s) provided for in the plan has/have NOT ACCEPTED the same.

USDA's Objection to Confirmation is pending. Docket no. 19 Re: The plan is insufficiently funded to pay what it needs to pay.

[1325(a)(6)] Payment Default Feasibility – Debtor(s) is in default with proposed plan payments, to the trustee and/or creditor(s).

Debtor is one month, or $451.00, in arrears with the Trustee. The pending payment pertains to the month of March 2019; which became due on the 1st day of the month.

[1325(a)(6)] Insufficiently Funded – Plan funding insufficient to comply with plan scheduled distribution or no sufficient information to determine it.

[1325(a)(6)] Insufficiently Funded – Plan funding insufficient to pay 100% of [507] priority claims. [1322(d)(1)]

The minimum base needed totals $35,600.00 USDA filed its claim with more pre petition arrears than what debtor had contemplated.

---

\*OTHER COMMENTS / OBJECTIONS

NONE.

---

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: March 01, 2019

/s/ Nannette Godreau, Esq.

Last Docket Verified: 19    Last Claim Verified: 8    CMC: