# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 18-05790/ESL |
| | * | |
| MIGUEL ANGEL RIVERA GARCIA | * | |
| | * | CHAPTER 13 |
| DEBTOR | * | |

## DEBTOR'S MOTION IN COMPLIANCE WITH ORDER DATED MAY 13, 2021 DOCKET #60
## RE: CURING OF PLAN PAYMENTS ARREARS

TO THE HONORABLE COURT:

**NOW COMES, MIGUEL ANGEL RIVERA GARCIA,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On May 13, 2021, the Court issued the following *Order*:

> "**ORDER ON ARREARS**:
> This case is before the Court on debtor's opposition to the motion to dismiss filed by Trustee alleging that debtor(s) has/have failed to comply with the confirmed Chapter 13 Plan (docket entry #59). Debtor(s) requests(s) time to cure the arrears.
> Debtor(s) is (are) hereby granted thirty (30) days from notice of this order to file evidence of being current. If the arrears are timely cured, the motion to dismiss shall be deemed denied. However, upon debtor's(s') failure to file evidence of being current, an order dismissing the case will be entered without further notice or hearing. *Order on Arrears*, dated May 13, 2021, Docket #60.

2. The Debtor respectfully submits that he has cured any and all arrears in his confirmed Plan payments to the Trustee. On June 9, 2021, he made two (2) $729.00 payments to the Trustee. Attached is evidence of money orders #27490018858 and #27490018757, each for $729.00 sent to the Trustee to cure the abovementioned plan arrears.

3. The Debtor respectfully submits that he is up-to-date in the confirmed Plan payments, thus, respectfully requests the Court to take note of said Plan payments and in

Page – 2-
Debtors' Motion in Compliance with Order
Case no. 18-05790/ESL13

compliance with the *Order on Arrears*, Docket #60, in the above captioned case.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion in compliance with *Order on Arrears* dated May 13, 2021, Docket #60, in the above case.

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send sent notice of same to: the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to Debtor Miguel Angel Rivera Garcia, Urb Damaris 330 Crisantemos St, Juncos PR 00777.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 10th day of June, 2021.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699; 963-7699
Email: rfc@rfigueroalaw.com

