IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 18-05790-EAG13 |
| MIGUEL ANGEL RIVERA GARCIA | Chapter 13 |
| xx-xx-6059 | |
| Debtor(s) | FILED & ENTERED ON MAR/23/2022 |

**O R D E R**

The debtor's attorney is to reply to the Trustee's motion to dismiss within twenty-one (21) days (docket #78) or the case may be dismissed without further notice or hearing. Order due by April 13, 2022.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23 day of March, 2022.

Edward A. Godoy
United States Bankruptcy Judge