**Fill in this information to identify the case:**

Debtor 1: MIGUEL ANGEL RIVERA GARCIA

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Puerto Rico
(State)

Case number: 18-05790

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service Centralized Servicing Center

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 1 4 5 2

**Date of payment change:** Must be at least 21 days after date of this notice: 05/07/2021

**New total payment:** Principal, interest, and escrow, if any  $ 377.59

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 17.58     New escrow payment: $ 17.59

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ 377.58     New mortgage payment: $ 377.59

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☑ I am the creditor.
- ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Donna Avila  
Signature

Date  02/16/2021

Print: Donna Avila  
First Name   Middle Name   Last Name

Title  Bankruptcy Specialist

Company  USDA - Rural Housing Service  
Centralized Servicing Center

Address  PO Box 66879  
Number   Street

St. Louis, MO 63166  
City   State   ZIP Code

Contact phone  (800) 349-5097 ext 3722

Email  csc.bkr@stl.usda.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**
**PAYMENT CHANGE SUMMARY**

**Completed By:** Donna Avila

02/16/2021
(Date)

**Debtor(s) & Address:** MIGUEL ANGEL RIVERA GARCIA
URB DIAMARIS 330 CRISANTEMOS ST
JUNCOS, PR 00777

**Case No.** 18-05790
**Claim No.** 8
**USDA Acct No.** 1 4 5 2

**Attorney & Address:** ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

**Trustee & Address:** JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

**Effective** 05/07/2021 **, the monthly ongoing payment is changing due to:**

No   Yes ✓  **ESCROW:**
No ✓ Yes    **OTHER:**

---

**PAYMENT CALCULATION**

| | Current Payment | | New Payment |
|---|---|---|---|
| Principal & Interest | 360.00 | Principal & Interest | 360.00 |
| Less Subsidy | 0.00 | Less Subsidy | 0.00 |
| Total P&I Payment | 360.00 | Total P&I Payment | 360.00 |
| | | | |
| Escrow | 17.58 | Escrow | 17.58 |
| Escrow shortage | | Escrow shortage | 0.01 |
| Total Escrow | 17.58 | Total Escrow | 17.59 |
| | | | |
| Fees | | Fees | |
| | | | |
| Total Payment | 377.58 | Total Payment | 377.59 |

|  | District of Puerto Rico | Case No. 18-05790 |
|---|---|---|
|  |  | Claim No. 8 |

# CERTIFICATE OF SERVICE

I, Donna Avila, do hereby certify that on 02/16/2021, I served copies of the Notice of Mortgage Payment Change, to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

**By U.S. Mail, postage prepaid:**

Debtor(s)

MIGUEL ANGEL RIVERA GARCIA

URB DIAMARIS 330 CRISANTEMOS ST
JUNCOS, PR 00777

**Via CM/ECF:**

Debtor's Attorney of Record:

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

Chapter 13 Trustee:

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

Date: 02/16/2021

/s/ Donna Avila

Donna Avila
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext. 5390

```
USDA RURAL DEVELOPMENT - CSC    -650
4300 GOODFELLOW BLVD.
BLDG 105E  FC-252
ST. LOUIS           MO 63120-1703

800-414-1226



MIGUEL A RIVERA-GARCIA                    YOUR LOAN NUMBER:           1452
DIANA MARTINEZ-RODRIGUEZ
330 CALLE CRISANTEMO
JUNCOS          PR 00777-3930
                                          DATE: 02/08/21


     *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    05/21 THROUGH    04/22.
------ ANTICIPATED PAYMENTS FROM ESCROW -   05/21 THROUGH    04/22 -------
         INSURANCE                          211.00

         TOTAL PAYMENTS FROM ESCROW         211.00

         MONTHLY PAYMENT TO ESCROW           17.58 (1/12TH OF ABOVE TOTAL)

------ ANTICIPATED ESCROW ACTIVITY -    05/21 THROUGH    04/22 --------
         -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH    TO ESCROW  FROM ESCROW  DESCRIPTION   ANTICIPATED       REQUIRED
                    ACTUAL STARTING BALANCE      105.40            105.52
MAY 21     17.58                                 122.98            123.10
JUN 21     17.58                                 140.56            140.68
JUL 21     17.58                                 158.14            158.26
AUG 21     17.58                                 175.72            175.84
SEP 21     17.58                                 193.30            193.42
OCT 21     17.58                                 210.88            211.00
NOV 21     17.58                                 228.46            228.58
DEC 21     17.58      211.00   INSURANCE   ALP    35.04   RLP       35.16
JAN 22     17.58                                  52.62             52.74
FEB 22     17.58                                  70.20             70.32
MAR 22     17.58                                  87.78             87.90
APR 22     17.58                                 105.36            105.48

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS        -0.12.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00.
```

```
---------------- CALCULATION OF YOUR NEW PAYMENT AMOUNT ----------------
         PRINCIPAL & INTEREST                             360.00
         ESCROW (1/12TH OF ANNUAL ANTICIPATED              17.58
            DISBURSEMENTS AS COMPUTED ABOVE)
         PLUS: AMORTIZED FEE PAYMENT                        0.00
         PLUS: REPLACEMENT RESERVE OR FHA SVC CHG           0.00
         PLUS: SHORTAGE PAYMENT                             0.01
         MINUS: SURPLUS CREDIT                              0.00
         ROUNDING ADJUSTMENT                                0.00
         MINUS: BUYDOWN/ASSISTANCE PAYMENTS                 0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 05/07/21     377.59
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      35.16.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS        35.16.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
05/17         17.58         06/17         17.58       07/17        808.80   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00         0.00                        00/00        0.00
00/00         0.00                        00/00        0.00

```
USDA RURAL DEVELOPMENT - CSC   -650
4300 GOODFELLOW BLVD.
BLDG 105E  FC-252
ST. LOUIS            MO 63120-1703

800-414-1226



MIGUEL A RIVERA-GARCIA           YOUR LOAN NUMBER:        .452
DIANA MARTINEZ-RODRIGUEZ
330 CALLE CRISANTEMO
JUNCOS         PR 00777-3930
                                 DATE: 02/08/21


* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING MAY, 2020 AND ENDING APR,2021.
IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR
THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

           --- YOUR PAYMENT BREAKDOWN AS OF MAY, 2020 IS ---

              PRINCIPAL & INTEREST            360.00
              ESCROW DEPOSIT                   17.58
              OPTIONAL INSURANCE                0.00
              REPLACE RESV/FHA SVC CHG          0.00
              SHORTAGE                          0.00
              DEFICIENCY                        0.00
              SURPLUS                           0.00
              ROUNDING                          0.00
              LESS BUYDOWN/ASST PAYMENT         0.00
              BORROWER PAYMENT                377.58

        PAYMENTS TO ESCROW   --- PAYMENTS FROM ESCROW ----   -- ESCROW BALANCE --
MONTH   PRIOR PRJ   ACTUAL   PRIOR PRJ   ACTUAL  DESCRIPTION PRIOR PRJ    ACTUAL
FEB 20      0.00                                                  0.00      0.00
MAR 20      0.00                                                  0.00      0.00
                               STARTING BALANCE                 105.52   -844.05

MAY 20     17.58        *                                       123.10   -844.05 A
JUN 20     17.58     17.59
JUN 20              17.59
JUN 20              17.59
JUN 20              17.59
JUN 20              17.59
JUN 20              17.58
JUN 20              17.58*                                      140.68   -720.94
JUL 20     17.58        *                                       158.26   -720.94
AUG 20     17.58     17.58
```

```
AUG 20                  17.58*                                   175.84      -685.78
SEP 20      17.58       17.58                                    193.42      -668.20
OCT 20      17.58          *                                     211.00      -668.20
NOV 20      17.58          *                                     228.58      -668.20
DEC 20      17.58       17.58     211.00      211.00    INSURA
DEC 20                  17.58
DEC 20                  17.58
DEC 20                  17.58
DEC 20                  17.58*                                    35.16 T    -791.30
JAN 21      17.58       17.58
JAN 21                  17.58
JAN 21                  17.58*                                    52.74      -738.56
FEB 21      17.58         **                                      70.32      -738.56
MAR 21      17.58         **                                      87.90      -738.56
APR 21      17.58         **                                     105.48      -738.56
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS         35.16. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS     -844.05.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
11/15           17.59       12/15           17.59       01/16           17.59
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00        0.00                               00/00        0.00
00/00        0.00                               00/00        0.00
00/00        0.00                               00/00        0.00